UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMANA BHUIYAN, as Mother and Natural Guardian of
ATAUL BHUIYAN, an infant under the age of eighteen
years,

                         Plaintiffs,                     **08 CV 3355**

                        -against-                  **INFANT'S COMPROMISE
                                                 ORDER**

THE CITY OF NEW YORK, DETECTIVE NIGEL
BRISTOW, Shield No. 1637, Individually and in his
Official Capacity, and P.O.'s "JOHN DOE" #1-10,
Individually and in their Official Capacity (the name John
Doe being fictitious, as the true names are presently
unknown),

                        Defendants.
-----------------------------------------------------------------X

      Upon reading the annexed Affidavit of AMANA BHUIYAN, mother of the infant, ATAUL BHUIYAN, duly sworn to on November 21, 2008; the affirmation of JOSHUA P. FITCH, an a member of the law firm of Cohen & Fitch LLP, attorneys of record for the infant plaintiff ATAUL BHUIYAN, dated Novmeber 21, 2008; consent of the infant plaintiff ATAUL BHUIYAN, duly sworn to on November 21, 2008; this application having come on for the approval by this Court of the settlement of the above-entitled action; and ATAUL BHUIYAN, the infant plaintiff herein, AMANA BHUIYAN, his mother and natural guardian, and an attorney from the law firm of Cohen & Fitch LLP, the attorney(s) making this application on the 21st day of November, 2008, and it appearing that the best interests of said infant will be served by the settlement and that the infant ATAUL BHUIYAN was born on October 24, 1991,

Now, on application of JOSHUA P. FITCH, a member of the law firm of Cohen & Fitch LLP, attorneys for the infant plaintiff, it is hereby:

      ORDERED, that AMANA BHUIYAN, the mother and natural guardian of the infant plaintiff, ATAUL BHUIYAN, be and he hereby is authorized and empowered to settle the action of the infant plaintiff ATAUL BHUIYAN with respect to the action of the infant plaintiff ATAUL BHUIYAN against each and every defendant named in the caption, for the sum of NINE THOUSAND DOLLARS ($9,000.00), and AMANA BHUIYAN is hereby authorized to

execute a general release to the defendant, conditional upon payment of that sum and to sign all papers necessary in that connection, and it is further

ORDERED that out of that sum the defendants are authorized to pay the sum of THREE THOUSAND TWO HUNDRED NINETY FOUR DOLLARS AND SIXTY SEVEN CENTS ($3,294.67) to the law firm of COHEN & FITCH, LLP, attorneys for the infant plaintiff, as for their fee which shall be inclusive of the disbursements of FOUR HUNDRED FORTY TWO DOLLARS ($442.00) expended in the prosecution of this action, and it is further

ORDERED, that the balance of FIVE THOUSAND SEVEN HUNDRED AND FIVE AND THIRTY THREE CENTS ($5,705.33) is to be paid by the defendants to the infant plaintiff ATAUL BHUIYAN's mother and natural guardian, AMANA BHUIYAN, jointly with an officer of ASTORIA FEDERAL SAVINGS BANK, located at 101 Church Avenue at McDonald Avenue, Brooklyn, New York 11218, and shall be deposited in that bank in the name of the mother AMANA BHUIYAN, to the credit of and for the sole use and benefit of the infant plaintiff, ATAUL BHUIYAN herein, subject to the further order of this court, and that no withdrawals shall be made except upon the Order of this Court, and it is further

ORDERED that said depository is authorized and directed to maintain at least 100% of said funds in a form of deposit in said depository yielding the highest dividend return to the infant ATAUL BHUIYAN at all times that the funds are deposited provided that said funds shall not be in such form that it will not be available to said infant ATAUL BHUIYAN when he attains the age of eighteen (18), and it is further

ORDERED that the ASTORIA FEDERAL SAVINGS BANK is hereby directed, upon the infant ATAUL BHUIYAN's demand, and without further order of this Court, to pay over to ATAUL BHUIYAN when he reaches the age of eighteen (18) years, all monies held by it in the account, and it is further

ORDERED, that the filing of a bond be dispensed with in accordance with New York State C.P.L.R. § 1210(c).

SO ORDERED:

s/Hon. Nina Gershon

Hon. Nina Gershon
United States District Judge
Eastern District of New York

12-23-08

Case 1:08-cv-03355-NG-JMA    Document 9-5    Filed 11/21/2008    Page 3 of 3